# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

13 MAR 29 PM 1: 26


DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>GEORGE ERNESTO ARGUETA (1),<br><br>                         Defendant. | CASE NO. 12CR3896-DMS<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

    __21 USC 841(a)(1), 18 USC 2__

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   March 29, 2013

                                           Hon. DANA M. SABRAW
                                           UNITED STATES DISTRICT JUDGE